SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SUNRISE RIDGE MASTER HOMEOWNERS' ASSOCIATION; JOSE GARCIA, an individual, <br><br> Defendants. | CASE NO: 2:17-cv-00003-RFB-GWF <br><br> **SUBSTITUTION OF ATTORNEY** |

Plaintiff The Bank of New York Mellon, f/k/a the Bank of New York, as Successor-in-Interest to JPMorgan Chase Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-through Certificates, Series 2006-AR4, hereby substitutes Kent F. Larsen, Esq., and Katie M Weber, Esq., of Smith Larsen &

1

|   |   |
|---|---|
| 1 | Wixom, 1935 Village Center Circle, Las Vegas, Nevada 89134, (702) 252-5002, as attorney |
| 2 | of record in place and stead of Abran Vigil, Esq. and Lindsay Demaree, Esq., of the law firm |
| 3 | of Ballard Spahr, LLP. |
| 4 | Dated: 2/24/2017 |

Monica J. Stevenson
Assistant Secretary
JPMorgan Chase Bank, N.A., attorney-in-fact for The Bank of New York Mellon, f/k/a/ The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4

I consent to the above substitution.

Dated: 2/27/17

_____
(Signature of Present Attorney)

I consent to the above substitution.

Dated: 2/27/17

_____
(Signature of Present Attorney)

I am duly admitted to practice in this District

Above substitution accepted.

Dated: 2/27/17

_____
(Signature of New Attorney)

I am duly admitted to practice in this District

Above substitution accepted.

Dated: 2/27/17

_____
(Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY COURT

APPROVED

DATED: February 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006