# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

          Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC., et al.

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00003-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Cross-Plaintiff, SFR Investments Pool 1, LLC against Cross-Defendant Jose Garcia.

| | |
|---|---|
| 03/25/20 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |